

# Fourth Court of Appeals
## San Antonio, Texas

April 4, 2018

No. 04-18-00069-CV

**IN THE INTEREST OF S.M.G., A CHILD**,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01207
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Appellant's brief was due on March 20, 2018. Neither the brief nor a motion for extension of time has been filed.

We, therefore, **ORDER** appellant to file, on or before **April 24, 2018**, his appellant's brief and a written response reasonably explaining (1) his failure to timely file the brief and (2) why appellee is not significantly injured by his failure to timely file a brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of April, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court